IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-cv-388-MOC-DSC

JOSEPH KLAKULAK,

AMI JACKSON,

On Behalf of Himself and Others Similarly Situated,

        Plaintiffs,

v.

AMERICAHOMEKEY, INC.,

        Defendant.

## ORDER GRANTING JOINT MOTION FOR STAY TO ALLOW FOR EARLY MEDIATION

Upon consideration of the Parties' Joint Motion for Stay to Allow for Early Mediation, it is hereby **GRANTED**. This action is **STAYED** for thirty days. With the exception of the Initial Attorneys Conference and Certificate, all deadlines currently established in this action are extended for thirty days. The parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1 within seven days of the expiration of the stay, and the Certificate of Initial Attorneys Conference shall be filed within seven days of such conference.

**SO ORDERED**.   Signed: October 7, 2011

David S. Cayer
United States Magistrate Judge