# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

|  |  |
|---|---|
| JOSEPH KLAKULAK, <br><br> AMI JACKSON <br><br> On Behalf of Himself and Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> AMERICAHOMEKEY, INC., <br><br> Defendant. | CIVIL ACTION NO. 3:11-cv-388-MOC-DSC |

## ORDER GRANTING JOINT MOTION FOR BRIEF ADDITIONAL STAY TO ALLOW FOR EARLY MEDIATION

Upon consideration of the Parties' Joint Motion for Brief Additional Stay to Allow for Early Mediation, it is hereby GRANTED. This action is stayed until November 16, 2011. With the exception of the Initial Attorneys Conference and Certificate, all deadlines currently established in the action are extended for eight additional days until November 16, 2011. Further, Defendant's deadline to answer to Plaintiffs' First Amended Complaint and to file a response in opposition to Plaintiffs' Motion for Conditional Certification is extended until November 23, 2011. The parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1 within seven days of the expiration of the stay, and the Certificate of Initial Attorneys Conference shall be filed within 7 days of such conference.

**SO ORDERED.**

Signed: October 28, 2011

David S. Cayer
United States Magistrate Judge