IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV388-MOC-DSC

| | |
|---|---|
| JOSEPH KLAKULAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| AMERICAHOMEKEY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

**UPON CONSIDERATION** of the Parties' Joint Motion for Brief Additional Stay to Allow for Early Mediation, it is hereby GRANTED. This action is stayed until January 17, 2012. Defendant's deadline to answer to Plaintiffs' First Amended Complaint and to file a response in opposition to Plaintiffs' Motion for Conditional Certification is extended until January 31, 2012. The parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1 within seven days of the expiration of the stay, and the Certificate of Initial Attorneys Conference shall be filed within 7 days of such conference.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: November 14, 2011

_____
David S. Cayer
United States Magistrate Judge