IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV388-MOC-DSC

| | |
|---|---|
| JOSEPH KLAKULAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| AMERICAHOMEKEY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Meredith H. Ragains and F. Skip Sugarman]" (document ##53 and 54) filed May 11, 2012. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: May 11, 2012

David S. Cayer
United States Magistrate Judge