IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv388

| | |
|---|---|
| JOSEPH KLAKULAK and AMI JACKSON, On Behalf of Themselves and Others Similarly Situated.  )))))) | |
| Plaintiff, )) | |
| Vs. )))) | ORDER |
| AMERICAHOMEKEY, INC., LANE TERRELL, KIMBERLY ABBOTT, AND PATTI PATE-SCHNURE, ))))) | |
| Defendant. )) | |

**THIS MATTER** is before the court on plaintiffs' Unopposed Motion to Dismiss Defendants AmericaHomeKey, Inc. ("AHKI") and Lane Terrell.  The motion reflects that plaintiffs have reached a settlement agreement with these two final defendants.  Pursuant to Fed.R.Civ.P. 41(a)(2) the court will grant the motion for good cause shown and dismiss defendants AHKI and Mr. Terrell.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Unopposed Motion to Dismiss Defendants AHKI and Lane Terrell (#69) is **GRANTED** and these defendants, the final two remaining in the case, are accordingly **DISMISSED**.  This case is **TERMINATED** and the parties shall bear their own costs.

-1-

Signed: March 26, 2013

Max O. Cogburn Jr.
United States District Judge