# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:11cv388

| | | |
|---|---|---|
| JOSEPH KLAKULAK and<br>AMI JACKSON,<br>On Behalf of Themselves and Others<br>Similarly Situated.<br><br>         **Plaintiff,**<br><br>Vs.<br><br><br>AMERICAHOMEKEY, INC.,<br>LANE TERRELL,<br>KIMBERLY ABBOTT, AND<br>PATTI PATE-SCHNURE,<br><br>         **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

**THIS MATTER** is before the court on plaintiffs' Unopposed Motion to Dismiss Defendants AmericaHomeKey, Inc. ("AHKI") and Lane Terrell. The motion reflects that plaintiffs have reached a settlement agreement with these two final defendants. Pursuant to Fed.R.Civ.P. 41(a)(2) the court will grant the motion for good cause shown and dismiss defendants AHKI and Mr. Terrell.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Unopposed Motion to Dismiss Defendants AHKI and Lane Terrell (#69) is **GRANTED** and these defendants, the final two remaining in the case, are accordingly **DISMISSED**. This case is **TERMINATED** and the parties shall bear their own costs.

Signed: March 26, 2013

Max O. Cogburn Jr.
United States District Judge