# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Joseph Klakulak et al, ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiff(s), ) | 3:11-cv-00388-MOC-DSC | |
| ) | | |
| vs. ) | | |
| ) | | |
| AmericaHomeKey, Inc. et al, ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2013 Order.

March 26, 2013

Frank G. Johns, Clerk
United States District Court